Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
  v. CHARLES ALBERO and LOUIS PERMUTO, Respondents.

*Appeal — reversal of judgment of conviction and grant of new trial upon
  question of fact and law — appeal to Court of Appeals dismissed.*

*People* v. *Albero*, 223 App. Div. 442, appeal dismissed.
(Submitted June 4, 1928; decided June 12, 1928.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 27, 1928, which reversed
upon questions of fact and law a judgment of the Bronx
County Court, rendered upon a verdict convicting the
defendants of the crime of robbery in the first degree
and granting a new trial.

The motion was made upon the ground that this court
had no jurisdiction to entertain the appeal.

*Martin W. Littleton* for motion.

*John E. McGeehan, District Attorney* (*George B. De Luca*
and *Herman J. Fleiderblum* of counsel), opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  v. PASQUALE TRENTACOSTA, Appellant.

*Appeal — failure to serve record and points — appeal dismissed.*

*People* v. *Trentacosta*, 222 App. Div. 774, appeal dismissed.
(Submitted June 4, 1928; decided June 12, 1928.)

MOTION to dismiss an appeal, by permission, from an
order of the Appellate Division of the Supreme Court
in the second judicial department, entered December 23,
1927, which dismissed an appeal from a judgment of
Queens County Court convicting the defendant of the
crimes of robbery in the first degree, grand larceny and
assault in the second degree as a second offense.

The motion was made upon the ground that defendant
had failed to serve the printed record and points on appeal.